IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOSE RAMIREZ, | * |
|       Plaintiff, | * |
| v. | Case No.  5:24-cv-00214-MTT |
| | * |
| SERENA WHOLESALE INC, | |
| | * |
|       Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 8, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 11th day of July, 2025.

                                                David W. Bunt, Clerk

                                                s/ Erin Pettigrew, Deputy Clerk